# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MATTHEW W. MONTGOMERY,** an individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **Case No.: 4:12-CV-3641-VEH** ) |
| **LVNV FUNDING, LLC,** a corporation, | ) ) ) |
| Defendant. | ) ) |

## **FINAL JUDGMENT AGAINST LVNV FUNDING, LLC**

This action is before the court on Plaintiff's Acceptance of Offer of Judgment and Request for Entry of Judgment Against Defendant (Doc. 15) (the "Notice"), filed on May 16, 2013, pursuant to Federal Rule of Civil Procedure 68(a). As stated in this Notice, Plaintiff requests the court to enter judgment in the amount $5,000.00 consistent with the Offer of Judgment made by Defendant LVNV Funding, LLC on May 14, 2013. (Doc. 15 at Ex. A at 5 ¶ 1).

For good cause shown, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that Plaintiff Matthew W. Montgomery have and recover against Defendant LVNV Funding, LLC, a final judgment in the amount of $5,000.00, which represents the complete resolution of any and all claims asserted or assertable in this lawsuit and

includes attorneys' fees and costs.

  **DONE** and **ORDERED** this the 22nd day of May, 2013.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge